IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00923-BNB

JAMES D. JENKINS,

Plaintiff,

v.

GEFFEN RECORDS, 2220 Colorado Ave., Santa Monica, CA 90404, and
UNIVERSAL MUSIC DISTRIBUTION,

Defendants.

## ORDER OF DISMISSAL

Plaintiff James D. Jenkins resides in Denver, Colorado. Pursuant to D.C.COLO.LCivR 8.1, Magistrate Judge Boyd N. Boland reviewed the documents Plaintiff submitted to the Court on April 25, 2008, and determined that the documents were deficient. Magistrate Judge Boland entered an order, on May 5, 2008, directing the Clerk of the Court to commence a civil action and instructing Plaintiff to file a new Complaint form that lists the same Defendants in both the caption and in the "Parties" section of the form. Plaintiff also was instructed to provide an address for each named Defendant.

Plaintiff filed a Motion for an extension of time to comply with the Court's May 5, 2008, Order. The Motion was granted on June 6, 2008, and Plaintiff was given an additional thirty days to comply. Again on July 7, 2008, Plaintiff asked for a second extension. Magistrate Judge Boland denied the request on July 8, 2008, because

Plaintiff already had one thirty-day extension, and the deficiency Plaintiff was required to correct was not so complex to merit a second extension. Plaintiff was given an additional ten days from the date of the July 8, 2008, Minute Order to comply.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Boland's May 5, 2008, Order to Cure Deficiency within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Plaintiff's Complaint is deficient. Therefore, the Complaint will be dismissed for failure to comply with the May 5, 2008, Order. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to comply with the May 5, 2008, Order.

DATED at Denver, Colorado, this 30 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00691-BNB

James D. Jenkins
4655 Gaylord St., Apt B
Denver, CO 80216

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/31/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk